IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:25-cv-00748-M

| | |
|---|---|
| MAXMEZ NC, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant Stewart Title Guaranty Company's Consent Motion to Remand [DE 8]. The parties agree and advise that complete diversity of citizenship of the parties does not exist in this case and, thus, the court has no subject matter jurisdiction. Accordingly, the motion is GRANTED. This matter is remanded to the General Court of Justice, Superior Court Division, Wake County, North Carolina (No. 25CV038172-910).

SO ORDERED this 5th day of December, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE