UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MAXMEZ NC, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> STEWART TITLE GUARANTY COMPANY, <br><br> Defendant. | **JUDGMENT** <br> **CASE NO. 5:25-CV-748-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to remand [DE 8] is GRANTED. This matter is remanded to the General Court of Justice, Superior Court Division, Wake County, North Carolina (No. 25CV038172-910).

<u>This Judgment filed and entered on December 5, 2025, and copies to</u>:
Zipporah Basile Edwards (via CM/ECF electronic notification)
Robert B. McNeill (via CM/ECF electronic notification)
Colin D. Dailey, Jarret P. Hitchings, Andrea Schwehr, Bryan Cave Leighton Paisner (via US Mail)

December 5, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan K. Edwards
Deputy Clerk